UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ABDUL KIGOZI,
        Petitioner,

        v.

JOHN ASHCROFT, et al.,
        Respondents.

CIVIL ACTION
NO. 04-11719-JLT

ORDER OF DISMISSAL

TAURO, D.J.

In accordance with this Court's order dated August 12, 2004, it is ORDERED that the within action be and it is hereby dismissed WITHOUT PREJUDICE.

By the Court,

s/ Linn A. Weissman
Deputy Clerk

Date August 12, 2004

(noticeofdismissal.wpd - 12/98)        [odism.]