# United States Court of Appeals
## For the First Circuit

J. Tauro
04-cv-11719

No. 04-2090



ABDUL KIGOZI,

Petitioner,

v.

ALBERTO R. GONZALES, ATTORNEY GENERAL,

Respondent.

---

**JUDGMENT**

Entered: September 8, 2005

This cause came on to be submitted on the briefs and original record on a petition for review of an order of the Board of Immigration Appeals.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The petition for review is denied. The motion for stay of removal is denied as moot.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 11/1/05

By the Court:

RICHARD CUSHING DONOVAN

Richard Cushing Donovan, Clerk

[cc: Mr. Kigozi, Mr. Cashman, Ms. Dickson, Ms. Redfern, & Mr. Fuller.]